**Electronically Filed**
**Supreme Court**
**SCWC-11-0000765**
**19-JUL-2013**
**08:06 AM**

SCWC-11-0000765

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Petitioner/Plaintiff-Appellee,

vs.

MATTHEW LOCKEY, Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000765; FC-CR. NO. 11-1-1241)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Plaintiff-Appellee State of Hawaii's application for writ of certiorari filed on June 6, 2013, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, July 19, 2013.

Brandon H. Ito
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon A. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

